Jacob H. Rand, Respondent, v. Public Bank of New York City, Appellant.— Judgment affirmed, with costs, with leave to defendant to amend

on payment of costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. (McLaughlin and Scott, JJ., dissented on the ground that the complaint stated no cause of action.)

Joseph J. Fay, Respondent, v. Cornelius J. Purcell, Appellant.—Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York, Respondent, v. Angelino Sylvestro, Appellant.— Judgment affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.